IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| ROSEBUD LMS, INC., <br> d/b/a ROSEBUD PLM, <br><br> Plaintiff, <br><br> v. <br><br> ADOBE SYSTEMS INCORPORATED, <br><br> Defendant. | § § § § § § § § § § § | C.A. No. _____ <br><br> **JURY TRIAL DEMANDED** |

## CORPORATE DISCLOSURE STATEMENT

Pursuant to Federal Rule of Civil Procedure 7.1 and to enable District and Magistrate Judges of the Court to evaluate possible disqualifications or recusal, the undersigned counsel for Plaintiff Rosebud LMS, Inc., d/b/a Rosebud PLM, certifies that (i) plaintiff Rosebud LMS, Inc. is not a publicly held corporation; (2) does not have a parent corporation; and (3) no publicly held corporation owns 10% or more of its stock.

ROSENTHAL, MONHAIT & GODDESS, P.A.

/s/ Jessica Zeldin
Jessica Zeldin (Del. Bar No. 3558)
919 Market Street, Suite 1401
P. O. Box 1070
Wilmington, DE 19899-1070
(302) 656-4433
jzeldin@rmgglaw.com
*Attorneys for Plaintiff*

OF COUNSEL:

AHMAD, ZAVITSANOS, ANAIPAKOS, ALAVI & MENSING, P.C.
Demetrios Anaipakos
Steven J. Mitby
1221 McKinney Street, Suite 3460
Houston, Texas 77010
(713) 655-1101
danaipakos@azalaw.com
smitby@azalaw.com

- 2 -

SPANGLER & FUSSELL P.C.
James A. Fussell, III
211 N. Union Street, Suite 100
Alexandria, VA  22314
(903) 753-9300
fussell@sfipfirm.com

SPANGLER & FUSSELL P.C.
Andrew W. Spangler
208 N. Green Street, Suite 300
Longview, TX  75601
(903) 753-9300
spangler@sfipfirm.com

September 17, 2012