IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| ROSEBUD LMS, INC., d/b/a ROSEBUD PLM, | § § § § | |
| Plaintiff, | § § | Case No. 12-1141-SLR |
| v. | § § | |
| ADOBE SYSTEMS INCORPORATED, | § § | JURY TRIAL DEMANDED |
| Defendant. | § § | |

## PLAINTIFF/COUNTER-DEFENDANT'S ANSWER TO COUNTERCLAIMS

Rosebud LMS, Inc. d/b/a Rosebud PLM ("Rosebud, or "Counter-Defendant") submits this answer to the counterclaims of Adobe Systems Incorporated ("Adobe" or "Counter-Plaintiff").

### PARTIES

75. Admitted.

76. Admitted.

### JURISDICTION AND VENUE

77. Admitted.

78. Admitted.

### FIRST COUNTERCLAIM

79. To the extent an answer is required, denied.

80. Admitted.

81. Denied.

### SECOND COUNTERCLAIM

82. To the extent an answer is required, denied.

83. Admitted.

84. Denied.

### THIRD COUNTERCLAIM

85. To the extent an answer is required, denied.

86. Denied.

87. Denied.

88. Denied.

89. Denied.

90. The '699 patent is a continuation of the application that issued as the '760 patent. Otherwise, denied.

91. Denied.

### FOURTH COUNTERCLAIM

92. To the extent an answer is required, denied.

93. Admitted.

94. Denied.

95. Denied.

96. To the extent an answer is required, denied.

97. Denied.

### RELIEF REQUESTED

98. Denied.

99. Denied.

100. Denied.

101. Denied.

102. Denied.

103.   Denied.

104.   Denied.

        ROSENTHAL MONHAIT & GODDESS, P.A.

        /s/ Jessica Zeldin
        Jessica Zeldin (Del. Bar No. 3558)
        jzeldin@rmgglaw.com
        919 Market Street, Suite 1401
        Wilmington, Delaware 19801
        (302) 656-4433
        *Attorneys for Plaintiff*

OF COUNSEL:

AHMAD, ZAVITSANOS, ANAIPAKOS, ALAVI & MENSING, P.C.
Demetrios Anaipakos
Steven J. Mitby
1221 McKinney Street, Suite 3460
Houston, Texas 77010
(713) 655-1101
danaipakos@azalaw.com
smitby@azalaw.com

SPANGLER & FUSSELL P.C.
James A. Fussell, III
211 N. Union Street, Suite 100
Alexandria, VA 22314
(903) 753-9300
fussell@sfipfirm.com

SPANGLER & FUSSELL P.C.
Andrew W. Spangler
208 N. Green Street, Suite 300
Longview, TX 75601
(903) 753-9300
spangler@sfipfirm.com

December 20, 2012