## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| ROSEBUD LMS, INC. d/b/a ROSEBUD PLM, | ) |
| | ) |
| Plaintiff, | ) |
| | ) C.A. No. 12-1141-SLR |
| v. | ) |
| | ) **JURY TRIAL DEMANDED** |
| ADOBE SYSTEMS INCORPORATED, | ) |
| | ) |
| Defendant. | ) |

### MOTION FOR ADMISSION PRO HAC VICE

Pursuant to Local Rule 83.5 and the attached certifications, counsel moves the admission pro hac vice of Michael A. Berta and Maulik G. Shah of Arnold & Porter LLP, Three Embarcadero Center, 7th Floor, San Francisco, CA 94111 to represent Defendant Adobe Systems, Inc. in this matter.

POTTER ANDERSON & CORROON LLP

By: /s/ David E. Moore
Richard L. Horwitz (#2246)
David E. Moore (#3983)
Bindu A. Palapura (#5370)
Hercules Plaza 6th Floor
1313 N. Market Street
Wilmington, DE 19899
Tel: (302) 984-6000
rhorwitz@potteranderson.com
dmoore@potteranderson.com
bpalapura@potteranderson.com

Dated: April 10, 2013
1101595/ 39648

*Attorneys for Defendant*
*Adobe Systems, Inc.*

### ORDER GRANTING MOTION

IT IS HEREBY ORDERED counsel's motion for admission pro hac vice is granted.

Date: _____    _____
United States District Judge

## CERTIFICATION BY COUNSEL TO BE ADMITTED PRO HAC VICE

Pursuant to Local Rule 83.5, I certify that I am eligible for admission to this Court, am admitted, practicing and in good standing as a member of the Bar of the State of California and pursuant to Local Rule 83.6 submit to the disciplinary jurisdiction of this Court for any alleged misconduct which occurs in the preparation or course of this action. I also certify I am generally familiar with this Court's Local Rules.

In accordance with Standing Order for District Court Fund effective 7/23/09, I further certify that the annual fee of $25.00

    ☒    has been paid to the Clerk of the Court.

    ☐    will be submitted to the Clerk's Office upon the filing of this motion.

Date: April 9, 2013        Signed: _____
                                     Michael A. Berta
                                     Arnold & Porter LLP
                                     Three Embarcadero Center, 10th Floor
                                     San Francisco, CA 94111
                                     Tel: (415) 471-3277
                                     Fax: (415) 471-3400
                                     michael.berta@aporter.com

## CERTIFICATION BY COUNSEL TO BE ADMITTED PRO HAC VICE

Pursuant to Local Rule 83.5, I certify that I am eligible for admission to this Court, am admitted, practicing and in good standing as a member of the Bar of the State of California and pursuant to Local Rule 83.6 submit to the disciplinary jurisdiction of this Court for any alleged misconduct which occurs in the preparation or course of this action. I also certify I am generally familiar with this Court's Local Rules.

In accordance with Standing Order for District Court Fund effective 7/23/09, I further certify that the annual fee of $25.00

☒    has been paid to the Clerk of the Court.

☐    will be submitted to the Clerk's Office upon the filing of this motion.

Date: April 9, 2013                    Signed: _____
                                        Maulik G. Shah
                                        Arnold & Porter LLP
                                        Three Embarcadero Center, 10th Floor
                                        San Francisco, CA 94111
                                        Tel: (415) 471-3306
                                        Fax: (415) 471-3400
                                        maulik.shah@aporter.com

# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF DELAWARE

## CERTIFICATE OF SERVICE

I, David E. Moore, hereby certify that on April 10, 2013, the attached document was electronically filed with the Clerk of the Court using CM/ECF which will send notification to the registered attorney(s) of record that the document has been filed and is available for viewing and downloading.

I further certify that on April 10, 2013, the attached document was Electronically Mailed to the following person(s):

Jessica Zeldin
Rosenthal Monhait & Goddess, P.A.
919 Market Street, Suite 1401
Wilmington, DE 19801
jzeldin@rmgglaw.com

Demetrios Anaipakos
Steven J. Mitby
Adriadne S. Montare
Ahmad, Zavitsanos, Anaipakos, Alavi
 & Mensing, P.C.
1221 McKinney Street, Suite 3460
Houston, TX 77010
danaipakos@azalaw.com
smitby@azalaw.com
amontare@azalaw.com

James A. Fussell, III
Spangler & Fussell, P.C.
211 N. Union Street, Suite 100
Alexandria, VA 22314
fussell@sfipfirm.com

Andrew W. Spangler
Spangler & Fussell, P.C.
208 N. Green Street, Suite 300
Longview, TX 75601
spangler@sfipfirm.com

By: /s/ David E. Moore
 Richard L. Horwitz
 David E. Moore
 Bindu A. Palapura
 POTTER ANDERSON & CORROON LLP
 Tel: (302) 984-6000
 rhorwitz@potteranderson.com
 dmoore@potteranderson.com
 bpalapura@potteranderson.com

108424/39648