IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| ROSEBUD LMS, INC., <br> d/b/a ROSEBUD PLM, | § <br> § <br> § | |
| Plaintiff, | § <br> § | Case No. 12-1141-SLR |
| v. | § <br> § | |
| ADOBE SYSTEMS INCORPORATED, | § <br> § | **JURY TRIAL DEMANDED** |
| Defendant. | § <br> § | |

**PLAINTIFF'S IDENTIFICATION OF THE
ASSERTED PATENT AND THE ACCUSED PRODUCTS**

Plaintiff Rosebud LMS, Inc. d/b/a Rosebud PLM ("Rosebud") hereby makes its identification of asserted patents and accused products pursuant to paragraph 4(a) of the Default Standard for Discovery Including Discovery of Electronically Stored Information ("ESI"). Plaintiff is also producing the file history of asserted U.S. Patent No. 8,046,699 ("the 699 Patent").

**I.   THE ASSERTED PATENT**

Based on currently available information, and as made known to Defendant in the September 17, 2012 Complaint, Plaintiff asserts that Adobe Systems Incorporated ("Adobe") has been and now is directly infringing the '699 Patent.

**II.   THE ACCUSED PRODUCTS**

Based on currently available information, and as made known to Defendant in the September 17, 2012 Complaint, Plaintiff identifies the following accused products:

Adobe Acrobat products, including Adobe Acrobat 9, Acrobat X, future versions, and other applications, that include the Collaborate Live feature and/or other similar collaboration features.

Plaintiff reserves the right to amend or supplement this disclosure as additional information becomes available.

ROSENTHAL MONHAIT & GODDESS, P.A.

/s/ Jessica Zeldin

Jessica Zeldin (Del. Bar No. 3558)
jzeldin@rmgglaw.com
919 Market Street, Suite 1401
Wilmington, Delaware 19801
(302) 656-4433
*Attorneys for Plaintiff*

OF COUNSEL:

AHMAD, ZAVITSANOS, ANAIPAKOS, ALAVI & MENSING, P.C.
Demetrios Anaipakos
Steven J. Mitby
Ariadne Montare
1221 McKinney Street, Suite 3460
Houston, Texas 77010
(713) 655-1101
danaipakos@azalaw.com
smitby@azalaw.com
amontare@azalaw.com

SPANGLER & FUSSELL P.C.
James A. Fussell, III
211 N. Union Street, Suite 100
Alexandria, VA 22314
(903) 753-9300
fussell@sfipfirm.com

SPANGLER & FUSSELL P.C.
Andrew W. Spangler
208 N. Green Street, Suite 300
Longview, TX 75601
(903) 753-9300
spangler@sfipfirm.com

September 17, 2013