# IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| ROSEBUD LMS, INC., <br> d/b/a ROSEBUD PLM, <br><br> Plaintiff, <br> v. <br><br> ADOBE SYSTEMS INCORPORATED, <br><br> Defendant. | § § § § § § § § § § | Case No. 12-1141-SLR <br><br> **JURY TRIAL DEMANDED** |

## REQUEST FOR ORAL ARGUMENT

Pursuant to Local Rule 7.1.4, plaintiff requests oral argument on Defendant Adobe Systems Inc.'s Motion to Dismiss the First Amended Complaint (D.I. 28). Defendant's reply brief was filed on October 24, 2013 (D.I. 45) and included requests for relief and arguments not included in any of the prior briefing.

ROSENTHAL, MONHAIT & GODDESS, P.A.

/s/ Jessica Zeldin

Jessica Zeldin (Del. Bar No. 3558)
919 Market Street, Suite 1401
P. O. Box 1070
Wilmington, DE 19899-1070
(302) 656-4433
jzeldin@rmgglaw.com
 *Attorneys for Plaintiff*

OF COUNSEL:

AHMAD, ZAVITSANAOS, ANAIPAKOS, ALAVI & MENSING, P.C.
Demetrios Anaipakos
Steven J. Mitby
1221 McKinney Street, Suite 3460
Houston, Texas   77010
(713) 655-1101

October 31, 2013