# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT DELAWARE

| | |
|---|---|
| ROSEBUD LMS, INC. d/b/a ROSEBUD PLM,  )<br><br>            Plaintiff,                                             )<br><br>     v.                                                             )<br><br>ADOBE SYSTEMS INCORPORATED,          )<br><br>            Defendant.                                          ) | )<br>)<br>)  C.A. No. 12-1141-SLR<br>)<br>)  **JURY TRIAL DEMANDED**<br>)<br>) |

## ADOBE SYSTEMS INC.'S RESPONSE TO
## PLAINTIFF'S REQUEST FOR ORAL ARGUMENT

Defendant Adobe Systems Inc. does not believe that oral argument is necessary but is willing to appear at the Court's convenience if the Court believes oral argument would be helpful.

|  | Respectfully submitted: |
|---|---|
| OF COUNSEL: | POTTER ANDERSON & CORROON LLP |
| Michael A. Berta<br>Rachel L. Chanin<br>Maulik G. Shah<br>ARNOLD & PORTER LLP<br>Three Embarcadero Center<br>10th Floor<br>San Francisco, CA 94111<br>Tel: (415) 471-3277<br><br>Brian Martinez<br>ARNOLD & PORTER LLP<br>777 South Figueroa Street<br>44th Floor<br>Los Angeles, CA 90017<br>(213) 243-4242<br><br>Dated: November 1, 2013<br>1128386 / 39648 | By:  /s/ Richard L. Horwitz<br>       Richard L. Horwitz (#2246)<br>       David E. Moore (#3983)<br>       Bindu A. Palapura (#5370)<br>       Hercules Plaza 6th Floor<br>       1313 North Market Street<br>       P.O. Box 951<br>       Wilmington, DE 19899-0951<br>       Tel: (302) 984-6000<br>       rhorwitz@potteranderson.com<br>       dmoore@potteranderson.com<br>       bpalapura@potteranderson.com<br><br>*Attorneys for Defendant Adobe Systems, Inc* |

# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF DELAWARE

## CERTIFICATE OF SERVICE

I, Richard L. Horwitz, hereby certify that on November 1, 2013, the attached document was electronically filed with the Clerk of the Court using CM/ECF which will send notification to the registered attorney(s) of record that the document has been filed and is available for viewing and downloading.

I further certify that on November 1, 2013, the attached document was Electronically Mailed to the following person(s):

Jessica Zeldin
Rosenthal Monhait & Goddess, P.A.
919 Market Street, Suite 1401
Wilmington, DE  19801
jzeldin@rmgglaw.com

Demetrios Anaipakos
Steven J. Mitby
Adriadne S. Montare
Ahmad, Zavitsanos, Anaipakos, Alavi
  & Mensing, P.C.
1221 McKinney Street, Suite 3460
Houston, TX  77010
danaipakos@azalaw.com
smitby@azalaw.com
amontare@azalaw.com

James A. Fussell, III
Spangler & Fussell, P.C.
211 N. Union Street, Suite 100
Alexandria, VA  22314
fussell@sfipfirm.com

Andrew W. Spangler
Spangler & Fussell, P.C.
208 N. Green Street, Suite 300
Longview, TX  75601
spangler@sfipfirm.com

By:   */s/ Richard L. Horwitz*
     Richard L. Horwitz
     David E. Moore
     Bindu A. Palapura
     POTTER ANDERSON & CORROON LLP
     Tel:  (302) 984-6000
     rhorwitz@potteranderson.com
     dmoore@potteranderson.com
     bpalapura@potteranderson.com

108424/39648